UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 195-058 |
| | * | |
| CHRISTOPHER L. JEBURK | * | |

# O R D E R

On December 19, 2017, Defendant Christopher L. Jeburk filed a "Motion Pursuant to Rule 60(b)(6)." (Doc. No. 149.) The Government responded in opposition on January 2, 2018. The Government's Response contains a lengthy and accurate account of Jeburk's litigation history in this case. In sum, Jeburk has attempted on multiple occasions to obtain relief to which he is not entitled; this last attempt is no different.

Upon due consideration, the "Motion Pursuant to Rule 60(b)(6)" is hereby **DENIED** for the reasons appearing in the Government's Response.

**ORDER ENTERED** at Augusta, Georgia, this 4th day of January, 2018.

_____
UNITED STATES DISTRICT JUDGE