IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 195-058 |
| | * | |
| CHRISTOPHER LAWRENCE JEBURK | * | |

O R D E R

Before the Court is Defendant Christopher Lawrence Jeburk's motion to hold his compassionate release motion in abeyance. The Court denied Jeburk's motion for compassionate release on November 16, 2022. Accordingly, the Clerk is directed to **TERMINATE AS MOOT** Jeburk's "Motion to Put Motion under 18 U.S.C. § 3582(c)(1)(A) into Abeyance" (doc. no. 173).

**ORDER ENTERED** at Augusta, Georgia, this 30th day of November, 2022.

_____
UNITED STATES DISTRICT JUDGE